# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2012

Robert P. Young, Jr.,
Chief Justice

144966

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WESTFIELD INSURANCE COMPANY,
      Plaintiff-Appellee,

v

                                       SC: 144966
                                       COA: 300941
                                       Antrim CC: 10-008571-CK

KEN'S SERVICE and MARK ROBBINS,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the March 8, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH and MARILYN KELLY, JJ., would grant leave to appeal.

      HATHAWAY, J., not participating because she has a professional relationship with a member of a law firm involved in this matter.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2012                      _____
                                            Clerk

h1024